July, FOURTH OF 2008                                07/04/2008
{ COURTNEY COBAIN loves KURT COBAIN R.I.P. }
{ PAGE NUMBER THIRD    OF FOURTH PAGES }

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT.

08-415

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # ONCE AGAIN MR. SCOTT HAROLD.



FILED
JUL - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1- I AM THE PLAINTIFF UNDER 28-USC 1915 I AM UNABLE TO PAY THE COSTS OF THIS COMPLAINT.
3- ARE YOU CURRENTLY INCARCERATED # YES
4- IF YES WHERE # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.
5- ARE YOU EMPLOYED THERE # NO
6- DID YOU RECEIVE ANY MONEY FROM THAT PRISON # NO
7- NAME AND ADDRESS OF LAST EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOME, 2901 W. 2ND ST. WILMINGTON DE. 19805, OR AT PETRUCON, 100 N. CLEVELAND AVE., WILMINGTON DE. 19805.
8- MONTHLY SALARY RECEIVED # $16,00 OR 2,000.
1- LAST DAY EMPLOYED # OCT. OR NOV. OF 2000.
2- LAST PAYMENT OF SALARY RECEIVED # $16,00 OR 2,000.
3- HAVE YOU RECEIVED ANY MONEY ON THE LAST YEAR PERIOD # NO
(PLEASE TURN THIS FORM TO THE OTHER SIDE)

4.- DO YOU HAVE CASH OR ANY ACCOUNT # NO
5.- DO YOU OWN ANY PROPERTY # NO
16.- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT IS LEFT OF MY FAMILY.
17.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
18.- DATE # 07/04/2008
19.- SIGNATURE # IVAN MENDEZ

(Please turn this page to page number four)

July. Fourth     In 2008                                           07/04/2008
{ DREW BARRYMORE LOVES MARYLIN MANSON }
{ PAGE NUMBER FOURTH    OF FOURTY PAGES }
D.C.C.
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTHS PERIOD.

TO # MR. JOSEPH HUDSON                         DATE # 07/04/2008
     SUPPORT SERVICES MANAGER
         D.C.C.
     SMYRNA DE. 19977


FROM # IVAN MENDEZ                              453851
         INMATE'S SIGNATURE #                   S.B.I #


— I HEREBY CERTIFY —


IAM REQUESTING A CERTIFIED STATEMENT OF MY ACCOUNT
FOR PAST SIX MONTHS PERIOD UNDER 28 USC 1915 (A), (2).


IVAN MENDEZ
   SIGNATURE #

28 USC 1746 AND 18 USC 1621

( PAGE NUMBER FOUR )