07/04/2008

DAVID LOVES DREW BARRYMORE
{ PAGE NUMBER FIRST OR FOURTH PAGES }

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
FORM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

08-415

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # ONCE AGAIN MR. SCOTT HAROIN.



FILED
JUL - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 USC 1983.
2.- PLAINTIFF # IVAN MENDEZ
1.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.
2.- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION, WHICH IN MATTER OF FACT I'm STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENSYLVANIA, DELAWARE, WASHINGTON D.C., AND FROM ALL OF THIS CRIMINAL ORGANIZATION AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
1.- IS THERE A PRISONER GRIEVANCE # YES
2.- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # YES
3.- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO.
4.- WHAT WAS THE RESULTS # NEGATIVE, AS YOU KNOW IT TOO, NO RESULTS, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS, TOO.
( PLEASE TURN THIS FORM TO THE OTHER SIDE )

2.- NAME OF THIS CRIMINAL ORGANIZATION.

3.- IS EMPLOYED A # AS YOU KNOW IT TOO THEIR JOBS AND POSITIONS.

4.- ADDRESS # AS YOU KNOW IT TOO ALL OF THEIR ADDRESSES.

5.- STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE MASTER I AM RAISING AGAIN ANOTHER ~~____~~ OF MY DIFERENT LEGAL FORMS AGAINST MR. SCOTT HAROLD, AS YOU KNOW IT TOO ALL OF THE DETAILS ON MY PRIOR DIFERENT LEGAL FORMS AND LETTERS AGAINST MR. SCOTT HAROLD TOO, AND ALSO ON MY LEGAL FORMS AGAINST THIS CRIMINAL ORGANIZATION AND SOME OF THEIR MEMBERS, AND I'M RAISING ~~AGAIN~~ ANOTHER LEGAL FORM AGAINST MR. SCOTT HAROLD, FOR ALL OF THE ABUSES AND DAMAGES THAT HE CAUSED TO MYSELF, ESPECIALLY FOR ALL OF THE ABUSES AND DAMAGES THAT HE CAUSED TO MY SELF WHEN HE ASSAULTED ME TRYING TO KILL ME ON APRIL TWENTY OF 2006, 04/20/2006, HURTING, BROKEN, FRACTURED, DAMAGED SOME PARTS OF MY ALREADY DISABLED, HURTED, BROKEN, FRACTURED AND DAMAGED BODY AND DAMAGED AND HURTED SO MUCH MY RIGHT EAR THAT I HAVE LOST IT I CANNOT USE I, YOU HAVE TO SUPER SCREAM ON MY RIGHT EAR SO I CAN HEAR ONE OR TWO WORDS AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO HOW HE HURTED AND DAMAGED SO MUCH MY ALREADY DISABLED LEGS AND FEETS AND TOES, AS YOU KNOW IT TOO HOW HE REMOVED ~~____~~ ONE OF THE METTALLIC PINS FROM MY RIGHT LEG AND ONE METTALLIC PIN FROM MY LEFT LEG, WHICH ARE HOLDING THIS METTALLIC PLATES THAT ARE HOLDING MY BROKEN BONES FROM MY KNEES TO MY ANKLES ON BOTH LEGS, BUT HONORABLE MASTER AS YOU KNOW IT TOO ALL ABOUT IT, THIS IS JUST ANOTHER MEMORANDUM, AS YOU KNOW IT TOO ALL OF THE DETAILS ON MY OTHER DIFERENT LEGAL FORMS AND 1983'S, MENDEZ VS. THIS CRIMINAL ORGANIZATION, AND MENDEZ VS. OTHER PARTIES, AND ON MY LETTERS AS YOU KNOW IT TOO ALL ABOUT IT SAME AS YOU KNOW IT TOO THAT MY MANDATORY TIME WAS DUE LAST YEAR ON 12/23/2007, SAME AS YOU KNOW IT TOO THAT I WAS NOT SUPPOSSED TO BE REMOVED FROM S.C.I. OVER IN GEORGETOWN DELAWARE, BECAUSE I AM UNDER PUBLIC DETAINER BY THE INMIGRATION AND NATURALISATION SERVICES AS YOU KNOW IT TOO ALL

July fourth of 2008                                      07/04/2008

{ Bean Cobain loves Rock and Roll }
{ (Page number second) of fourth pages }

B

about it, same as you know it too that I am not an old white American cowboy between 45 and 54 years old, with an old white American cowboy's accent, same as you know it too that I was supossed to be classified on 04/20/2008, and then on the 06/20/2008, as you know it too all about it, so I'll begin to hear from you soon as possible.

16.- How you have been injured by the actions of the defendants # physically, emotionally, psychologically, verbally and in many other ways as you know it too all about it.

17.- State briefly what you want the courts do for you # Honorable master as you know it too this information.

18.- I declare under penalty of perjury that the above information is true and correct.

19.- Date # 07/04/2008

20.- Signature # Ivan Mendez

( Please turn this form to page number three )

I/M: IVAN MENDEZ
SBI# 453351   UNIT SoHoU o#18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977





U.S. DISTRICT COURT
844 NORTH, KING STREET
LOCKBOX #18
WILMINGTON DELAWARE.
19801