AUGUST THIRTEEN     ON 2008     08/13/2008
SLAYER LOVES PINK FLOYD AND REBBA MCINTYRE.
{ PAGE NUMBER ONE 001    OR    FOUR 004 PAGES } #S19

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
FORM TO BE USED BY A PRISONER IN FILLING A
COMPLAINT UNDER THE CIVIL RIGHTS ACT

08-415

RECEIVED
AUG 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

- PLAINTIFF # IVAN MENDEZ
- CASE NUMBER # 318-2001
- DEFENDANTS # MR. SCOTT HAROLD.
- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 USC
- PLAINTIFF # IVAN MENDEZ
- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE., 19977.
- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY DIFFERENT LEGAL FORMS AND LETTERS FROM YOU, WASHINGTON D.C., DELAWARE, PENSYLVANIA, AND FROM ALL OF THIS CRIMINAL ORGANIZATION AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
- IS THERE A PRISONER GRIEVANCE # YES
- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # YES
- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO.
- WHAT WAS THE RESULTS # NEGATIVE, NO RESULTS AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN OVER TWO YEARS WAITING FOR THOSE ANSWERS TOO, SAME AS YOU KNOW IT TOO, THAT THE GRIEVANCE CHAIRPERSONS ARE JUST ANOTHER MEMBER OF THIS CRIMINAL ORGANIZATION TOO, WHOM ALONG WITH OTHER MEMBERS OF THIS CRIMINAL ORGANIZATION SEND IT MR. SCOTT HAROLD TO ACCOMPLISH THIS NASTY SET UP CONSPIRACY AND WIDELY SPREAD IT PLOT TO KILL ME, AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO THAT THE GRIEVANCE CHAIRPERSONS AS MEMBERS OF THIS CRIMINAL ORGANIZATION TOO, SAME AS YOU KNOW IT TOO THAT THEY TOO HAVE SEND IT PEOPLE TO ACCOMPLISH THIS NASTY SET UP CONSPIRACY AND WIDELY SPREAD IT PLOT TO KILL ME FROM GANDER HILL PRISON, FROM S.C.I. PRISON, FROM D.P.C. TATE HOSPITAL AND FROM OVER HERE AT DELAWARE CORRECTIONAL CENTER, AS YOU KNOW IT TOO ALL ABOUT IT.
2- NAME OF DEFENDANTS # MR. SCOTT HAROLD, AND OTHER PARTIES AS YOU KNOW IT TO ALL ABOUT IT.
3- IS EMPLOYED AS A # AS YOU KNOW IT TOO THAT MR. SCOTT HAROLD IS AN INMATE NOT EMPLOYED ONLY REWARDED AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO THE JOBS AND POSITIONS OF THE OTHER PARTIES.

{ PLEASE TURN THIS FORM TO THE OTHER SIDE }

14.- ADDRESS # AND SCOTT HAROLD WAS AN INMATE OVER HERE AT DELAWARE CORRECTIONAL CENTER, 1181 PADDOCK ROAD, SMYRNA DE, 19977, AND RIGHT NOW ACCORDING TO THE HONORABLES LIEUTENANTS MR. SEACORD, MR. C. SAVAGE, AND ACCORDING TO THE HONORABLE COUNSELORS MS. LINDA KEMP AND MR. THOMAS AIELLO, MR. SCOTT HAROLD IS AN INMATE OVER AT SUSSEX CORRECTIONAL INSTITUTION, P.O BOX # 500, GEORGETOWN DE. 19947, PERHAPS THAT YOUR HONORABLE COURT RIGHT NOW IGNORES THAT THE HONORABLE COUNSELOR MS. LINDA KEMP, CORROBORATED AND/OR VERIFIED THAT INFORMATION ONCE AGAIN ABOUT MR. SCOT HAROLD ON AUGUST FIRST OF 2008, 08/01/2008, AND ONCE AGAIN VERIFY THAT INFORMATION THIS TIME ALONG WITH THE HONORABLE LIEUTENANT MR. C. SAVAGE, BUT I AM SENDING YOU ALONG WITH THIS FORM ANOTHER 1983 CIVIL RIGHTS COMPLAINT AGAINST COUNSELOR MS. LINDA KEMP AND LIEUTENANT MR. C. SAVAGE, WHERE I AM EXPLAINED THIS INFORMATION ABOUT MR. SCOTT HAROLD, AND YOU KNOW IT TOO ALL OF THE ADDRESSES OF ALL OF THE OTHER PARTIES TOO.

15.- STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE MASTER, HOW DARE YOU HAVE SAID ON YOUR ORDER SEND IT TO ME ON 07/30/2008, THAT YOU DISMISSED ANOTHER OF MY LAWSUITS ONCE AGAIN, NOW THAT YOUR HONORABLE COURT BEGUN TO ANSWER ME AT LEAST SOME OF MY LEGAL FORMS, HONORABLE MASTER AS YOU KNOW IT TOO THAT I AM DEFECATE MORE BLOOD AND THE COLOR OF MY DEFECATION ALSO IS ONCE AGAIN ALMOST COMPLETELY BLACK COLOR, SAME AS YOU KNOW IT TOO THAT I AM SPIT MORE BLOOD, ALSO I AM BLEEDING MORE WHILE I AM SLEEPING AS I HAVE SEND IT TO THE LAUNDRY ROOM MY DIRTY SHEETS FULL OF BLOOD, AND ALSO MY CLEAN SHEETS AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT NOW I AM FALL ON THE FLOOR MORE OFTEN WHILE I AM WALK TO THE DOOR, TO THE BACK WINDOW, I DON'T FEEL NOT MORE MY LEGS AND MY FEETS FOR SECONDS AND I AM FALL ON THE GROUND AND SOON I GET UP MY FEET THIS NASTY PAIN KILL ME IS REALLY NASTY PAIN, AND I HAVE TO REFUSE THOSE NASTY PILLS AND SUPPOSSED TO BE PAINKILLERS THAT MEDICAL USED TO GIVE ME, I REFUSE THEM ON 07/28/2008 JULY TWENTY SEVEN OF 2008, BECAUSE THOSE PILLS CAUSED SOME NASTY REACTIONS AND SYMPTOMS, AS YOU KNOW IT TOO HOW MEDICAL CHANGED MY PILLS ALWAYS SAYING FUCK THAT OLD WHITE RED NECK AS YOU KNOW IT TOO ALL ABOUT IT, AND HONORABLE MASTER HOW COME YOU HAVE SAID ON YOUR ORDER THAT I DON'T CLAIM TO BE IN INMINENT DANGER WHEN THE MAN WHO THROW SOAP FROM THE FOAM BOWL AND PUT THE FOAM BOWL FULL OF SOAP OUT DE OF THE SHOWERS DOOR, AS THAT MAN WAS SENT BY SCOTT HAROLD TOO, JUST LIKE THE MAN WHOM THROW HIS URINE (PEE) AT MYSELF OVER HERE ON SUPER MAXIMUM SECURITY SAME THE MAN WHOM HARRASSED ME, THE MAN WHOM LOOKS LIKE TRAVIS CALDWELL, AS YOU KNOW IT TOO ALL ABOUT IT, AND THE MAN WHOM PUT THE SOAP FROM THE FOAM BOWL STILL OVER HERE ON THE INFIRMARY ROOM AND SARGEANT HARRIS AND CORRECTIONS OFFICER MS. SANTROE, STILL WORKING HERE AND COUNSELOR MS. LINDA KEMP KNOW IT TOO ALL ABOUT IT, AS YOU KNOW IT TOO AND ON 08/04/2008, AUGUST FOUR OF 2008, THE CORRECTIONS OFFICES MR. JHON DOE I, AND MR. JHON DOE II, THEY TOOK ME TO THE SHOWER AND I COVERED THE SHOWERS DOOR WITH ONE OF MY SHEETS AND THEY WANT TO TELL TO MR. JHON DOE THE INMATE OVER AT

{ PLEASE TURN THIS FORM TO PAGE NUMBER TWO }

AUGUST THIRTIES

{ T-REX LOVES TESLA AND CHRISTOPHER CROSS
{ PAGE NUMBER TWO 002      OF FOUR 004      PAGES { #T20

THE INFIRMARY ROOM THAT I WAS ON THE DISABLED PEOPLE SHOWER, SO AFTER THAT MAN HEARD THAT I WAS ON THE SHOWER HE TOLD TO THE CORRECTIONS OFFICERS TO TAKE HIM TO THE SHOWER UPSTAIRS BECAUSE THE OTHER SHOWER NEXT TO WHERE I WAS, WAS OCCUPIED, SO THE CORRECTIONS OFFICERS TOOK HIM UPSTAIRS AFTER THAT HE DENY IT TO GO OUT THAT DAY, ON 08/04/2008, SO THAT TIME I AM FINISHED TO TAKE A SHOWER AND I TOLD THEM THAT I IS READY AND THEY WENT TO PICK FIRST MR. JOHN DOE FROM THE SHOWERS UPSTAIRS AND THEY WERE HARRASSING ME WITH HIM THAT I WAS NOTHING BUT AN OLD WHITE RED NECK SO WHEN THEY WERE IN FRONT OF THE SHOWER WHERE I WAS THE INMATE MR. JOHN DOE ARE NOT, IF HE THREW IT OR ONLY RINSED HIS CLOTHES WETTING MY SHEET THAT WAS COVERING THE SHOWERS ROOM SO HIM DON'T SEE ME, AND THEY TOOK HIM TO HIS CELL LAUGHING AT IT WITH THE CORRECTIONS OFFICERS, AND ALL DAY LONG AND AFTERNOON WAS HARRASSING ME AND LAUGHING SAYING WHOM SEND HIM TO DO IT ALL DAY LONG, AND ONCE AGAIN MR. SCOTT HAROLD, WAS ONE OF THE PARTIES SO WHAT ARE YOU GOING TO DO WAITING AGAIN, UNTIL THEY ATEMPT TO KILL ME AGAIN, ONLY GOD KNOWS IF THEY WILL KILL ME THIS TIME OR NOT, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE BECAUSE I HAVE TO KEEP TAKING A SHOWER ON MY CELL AND THE CORRECTIONS OFFICERS ARE GOING TO WRITTEN ME UP, SPRAYED ME WITH TEAR GAS AND BEAT ME UP WITH THEIR STICKS BECAUSE I AM BROKING THE RULES FOR OVER TWO YEARS NOW BY TAKING A SHOWER ON MY CELL AND WASHING MY CLOTHING ON MY CELL, AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO THAT EVERYBODY GOES TO THE SHOWERS BUT THEY DON'T TAKE A SHOWER FOR SEVERAL MONTHS AND THE STAFF KNOW THEM AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO THAT THEY SAID I HAVE TO GET DIRTY LIKE THEM.

6- HOW HAVE BEEN INJURED BY THE ████████ ACTIONS OF THE DEFENDANTS # PHYSICALLY, EMOTIONALY, VERBALLY, PSYCHOLOGICALY, AND IN MANY OTHER WAYS AS YOU KNOW IT TOO ALL ABOUT IT.

7.- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION.

8.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
19.- DATE # 08/13/2008
20.- SIGNATURE # IVAN MENDEZ

{ { PLEASE TURN THIS FORM TO THE OTHER SIDE }



I/M IVAN MENDEZ
SBI# 453351    UNIT SoHoU. #18
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 North King Street
Lockbox #18
Wilmington Delaware
19801