AUGUST THIRTEEN
{ U2 LOVES DEMMI MORI AND FLEETWOOD MAC
{ PAGE NUMBER THREE 003     OR FOUR 004        PAGES } #U21

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
MOTION TO PROCEED IN FORMA PAUPERIS.

1.- PLAINTIFF # IVAN MENDEZ
2.- 318-2001                                                08-415
3.- DEFENDANTS # MR. SCOTT HAROLD.
4.- COMES NOW THE PLAINTIFF AND RESPECTFULLY REQUEST THIS HONORABLE COURT TO ALLOW THEM TO PROCEED WITHOUT PREPAYMENTS OF COSTS FOR THE FOLLOWING REASONS # FOR ANOTHER CIVIL RIGHTS COMPLAINT.
5.- SIGNATURE # IVAN MENDEZ
6.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE., 19977.
7.- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID
AUGUST THIRTEEN OF 2008
8.- TO # U.S. DISTRICT COURT.
9.= NAME # U.S. DISTRICT COURT.
10.= ADDRESS # 844N. KING ST., LOCKBOX #18, WILMINGTON DE., 19801.
11.= WRITE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE COURT RULES LAWS AND CASES IF ANY THAT SUPPORT YOUR REASONS # BECAUSE AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OF MY DIFERENT LEGAL FORMS AND LETTERS FROM YOU WASHINGTON D.C., DELAWARE, PENSYLVANIA, AND FROM ALL OF THIS CRIMINAL ORGANIZATION.
12.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
3.- DATE # 08/13/2008
4.- SIGNATURE # IVAN MENDEZ

P.S. HONORABLE MASTER, PLEASE CONSIDER MY DISABLED FEETS, AS YOU KNOW IT TOO, NOW MR. SCOTT HAROLD, HURTED MY FEETS AGAIN WHEN HE ATEMPTED TO KILL ME ON 04/20/208 JUST LIKE WHEN MR. MICHAEL DUKE, SILVESTER DOBSON, DONNIE HAMPTON, SEAN PUTLER MR. JHON DOE, AND ALL OF THE OTHER PARTIES MENTIONED ON ALL OF MY DIFERENT LEGAL FORMS AND LETTERS AGAINST THE PARTIES MEMBERS OF THIS CRIMINAL ORGANIZATION TOO, WHO HURTED MY FEETS AND OTHER PARTS OF MY DISABLED, HURTED, BROKEN, FRACTURE AND DAMAGED BODY AND ATEMPTED TO KILL ME AS YOU KNOW IT TOO ALL ABOUT IT.

{ PLEASE TURN THIS FORM TO THE OTHER SIDE }

INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT FOR PRIOR SIX MONTHS PERIOD.

TO# MR. JOSEPH HUDSON.
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE., 19977.

DATE# 08/13/2008.

FROM# IVAN MENDEZ
(INMATE NAME#)

453351
S.B.I #

——— I HEREBY CERTIFY ———

PURSUANT TO 28 USC 1915 (A), (2),
I AM REQUESTING A CERTIFIED STATEMENT OF MY INST., TRUST
FUND ACCOUNT FOR PREVIOUS SIX MONTHS PERIOD.

IVAN MENDEZ
SIGNATURE#

28 USC 1746 AND 18 USC 1621

f PLEASE TURN THIS FORM TO PAGE NUMBER

{ VAN HALEN LOVES JAMIE LEE CURTIS AND CURRENT
 PAGE NUMBER, FOUR 004          OF FOUR, 004          PAGES } #V 22

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT.

- PLAINTIFF # IVAN MENDEZ
- CASE NUMBER # 318-2001
- DEFENDANTS # MR. SCOTT HAROLD.
- I AM THE PLAINTIFF UNDER 28 USC 1915 I AM UNABLE TO PAY THE COSTS OR THIS COMPLAINT.
- ARE YOU INCARCERATED # YES
- IF YES WHERE # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE., 19977.
- ARE YOU EMPLOYED THERE # NO
- DID YOU RECEIVE ANY MONEY FROM THAT PRISON # NO
- NAME AND ADDRESS OF LAST EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOME, 2901 W., 2ND. ST., WILMINGTON DE., 19805, OR AT PETRUCON, 100 N., CLEVELAND AVE., WILMINGTON DE., 19805.
- MONTHLY SALARY RECEIVED # $ 16,00 OR 2,000.
- LAST DAY EMPLOYED # OCT. OR NOV. OF 2000.
- LAST PAYMENT OR SALARY RECEIVED # $ 16,00 OR 2,000.
- HAVE YOU RECEIVED ANY MONEY ON THE LAST YEAR PERIOD # NO
- DO YOU HAVE CASH OR ANY ACCOUNT # NO
- DO YOU OWN ANY PROPERTY # NO
- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT IS LEFT OF MY FAMILY.
- I DECLARE UNDER PENALTY OR PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
- DATE # 08/13/2008
- SIGNATURE # IVAN MENDEZ

{ PLEASE TURN THIS FORM TO THE OTHER SIDE }